UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
:
:                                    ORDER OF REFERENCE
:                                    TO A MAGISTRATE JUDGE
Plaintiff,   Delroy Ellis            :
:                                    08CV6171    ( BSJ ) ( JCF )
    -v-                              :
:
:
Defendant.   Coca Cola Enterprise    :
:
:
                                     x
---------------------------------------------------------------

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| ☒ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ☐ Consent under 28 U.S.C. §636(c) for all purposes (including trial) |
| ☐ Specific Non-Dispositive Motion/Dispute:* _____ _____ | ☐ Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose:_____ |
| | ☐ Habeas Corpus |
| If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____ | ☐ Social Security |
| | ☐ Dispositive Motion (i.e., motion requiring a Report and Recommendation) Particular Motion:_____ |
| ☐ Settlement* | |
| ☐ Inquest After Default/Damages Hearing | All such motions: _____ |

*Do not check if already referred for general pretrial.

Dated _July 16, 2008_

SO ORDERED:

_____
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/16/08